**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 97-6426**

————————————

NIYGEL ST. JOHN TINSLEY,

                              Plaintiff - Appellant,

        versus

MICHAEL MOORE, Commissioner, South Carolina
Department of Corrections; COLIE L. RUSHTON,
Warden, McCormick Correctional Institution,

                              Defendants - Appellees.

————————————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  William B. Traxler, Jr., District
Judge.  (CA-95-2931-4-21BE)

————————————

Submitted:  June 19, 1997          Decided:  June 30, 1997

————————————

Before WILKINS and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

————————————

Affirmed by unpublished per curiam opinion.

————————————

Niygel St. John Tinsley, Appellant Pro Se.  William Ansel Collins,
Jr., SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, Columbia, South
Carolina, for Appellees.

————————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Tinsley v. Moore, No. CA-95-2931-4-21BE (D.S.C. Mar. 3, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2